RIDER, Plaintiff in Error, v. SPRINGMEYER *et al.*, Defendants in Error.

1. The supreme court will not grant new trials on the ground that the verdicts are against the weight of evidence.

*Error to St. Louis Law Commissioner's Court.*

*H. N. Hart*, for plaintiff in error.

*S. H. Gardner*, for defendants in error.

SCOTT, Judge, delivered the opinion of the court.

There is no point of law in this case. It stands on the evidence. The court below found that the note sued on was paid and satisfied. There is ample evidence in the record supporting this finding. We do not conceive that the counteracting evidence offered by the plaintiff was so plain and so clear as to induce us to interfere with the finding.

The other judges concurring, the judgment will be affirmed.